JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYLMINA HETTINGA,<br><br>   Plaintiff,<br><br>   v.<br><br>EDDIE GARCIA et al.,<br><br>   Defendants. | Case No. CV 20-0430-PA (JPR)<br><br>**J U D G M E N T** |

 IT IS HEREBY ADJUDGED that Plaintiff's claims against Theresa Loumena are dismissed with prejudice and that Plaintiff's remaining claims against the remaining defendants are dismissed without prejudice.

DATED: February 5, 2020

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE